PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lewis K. Kaleikini           Case Number: A05-0038-001 CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     September 20, 2005

Original Offense:              Felon in Possession of a Firearm

Original Sentence:             15 months imprisonment, 3 years supervised release

Date Supervision will Commence:   July 21, 2006

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) upon his release from imprisonment (i.e. July 21, 2006) for a period of 90 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be allowed release from the Cordova Center prior to the expiration of his 90-day placement if suitable housing is secured and is approved by the probation officer. While at the Cordova Center the defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center."

### CAUSE

On September 20, 2005, the Court sentenced the offender to 15 months imprisonment and three years supervised release for a conviction of Felon in Possession of a Firearm. The offender is due to be released from the Cordova Center on July 21, 2006. On June 20, 2006, the Cordova Center reported to the probation officer that the offender had been unable to save enough money to rent an apartment by July 21, 2006 and desires to remain in the Cordova Center past his release date. The probation officer then prepared the attached waiver for the defendant's signature and on June 21, 2006, the defendant signed the waiver. It is therefore respectfully requested that the Court order the modification of conditions as set forth above.

*Request for Modification of Conditions or Term*
*Name of Offender       :       Lewis K. Kaleikini*
*Case Number            :       A05-0038 CR (RRB)*

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: June 22, 2006

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 6/25/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Lewis Kaleikini                    Docket No. A05-00038-001 CR (RRB)

I, __Lewis Kaleikini__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) upon his release from imprisonment (i.e. July 21, 2006) for a period of 90 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be allowed release from the Cordova Center prior to the expiration of his 90-day placement if suitable housing is secured and is approved by the probation officer. While at the Cordova Center the defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center."

Signed: _/s/ Lewis Kaleikini_   Date: __06·21·06__
Lewis Kaleikini
Supervised Releasee

Witness: _/s/ Jennifer Schoenhofen_   Date: __6/21/06__
Jennifer Schoenhofen
Federal Case Manager, Cordova Center