fat





**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To:  US District Court
     US Attorney
     US Probation
     US FPD

From: Randy M. Johnson
      United States Marshal
      District of Alaska

INRE:          **PRISONER IN FEDERAL CUSTODY**

|  |  |
|---|---|
| NAME: | Kaleikini, Lewis |
| DATE OF BIRTH: | 10/29/84 |
| CHARGE: | SR Violations |
| CASE NUMBER: | 3:05-CR-00038-RRB |
| PLACE HELD: | ACC West |
| DATE OF ARREST: | 11/07/2006 |
| TIME OF ARREST: | 15:00 |
| PLACE ARRESTED: | off detainer |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:        YES ___x___          NO_____

    LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John
Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.