PROB 12C
(7/93)

# United States District Court

### for the

## District of Alaska

### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender:  Lewis K. Kaleikini  Case Number A05-0038 CR (RRB)

Sentencing Judicial Officer:  Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:  September 20, 2005

Original Offense:  Felon in Possession of a Firearm

Original Sentence:  15 months imprisonment, 3 years supervised release

Date Supervision Commenced:  July 21, 2006

Asst. U.S. Attorney: David Nesbett  Defense Attorney: Mary Geddes

---

## PETITIONING THE COURT

[ X ]  To issue a warrant
[   ]  To issue a summons

The probation officer believes that the offender has violated the following conditions of supervised release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on or about August 16, 2006, the defendant committed the crime of Robbery in the 1st Degree in violation of Alaska state law.   This violation is a Grade A violation. |
| 2 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance" in that on or about August 16, 2006, the defendant committed the crime of Robbery in the 1st Degree in violation of Alaska state law.   This violation is a Grade A violation. |
| 3 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance" in that on or about August 16, 2006, the defendant committed the crime of Assault in the 2nd Degree in violation of Alaska state law.   This violation is a Grade A violation. |
| 4 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance" in that on or about August 16, 2006 , the defendant committed the crime of Assault in the 4th Degree in violation of Alaska state law.   This violation is a Grade C violation. |

*Petition for Warrant or Summons*
*Name of Offender        :        Lewis K. Kaleikini*
*Case Number             :        A05-0038 CR (RRB)*

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]    Revoked
[ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

# REDACTED SIGNATURE

*for* Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: August 18, 2006

THE COURT ORDERS

[X]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition,*
*probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and*
*disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The
petition for supervised release revocation is referred to the Magistrate Judge for initial
appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate
Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned
District Court Judge.

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the
Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any,
will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be
before the undersigned District Court Judge.

[ ]    Other:

# REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

August 18, 2006

Date

*Petition for Warrant or Summons*
| | | |
|---|---|---|
| *Name of Offender* | : | *Lewis K. Kaleikini* |
| *Case Number* | : | *A05-0038 CR (RRB)* |

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge.  Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
### for the
# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A05-0038 CR (RRB) |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| | ) | |
| Lewis K. Kaleikini | ) | |

I, Chris Liedike, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Lewis K. Kaleikini, and in that capacity declare as follows:

On September 20, 2005, the offender was sentenced by the Honorable Ralph R. Beistline, U.S. District Court Judge, to 15 months imprisonment and three years supervised release for the crime of Felon in Possession of a Firearm.

On July 21, 2006, the offender's conditions of supervised release were modified to allow for drug testing up to 12 times per month.

On August 17, 2006, the probation office was notified by Anchorage Police Department (APD) that the offender was arrested the previous evening for Assault and Robbery. APD advised that their case number is 06-39044.

On August 18, 2006, the probation office received the Information filed in case 3AN-S06-8826 CR, which charges the offender with Robbery in the First Degree in violation of AS 11.41.500(a)(1) and AS 11.16.110 (two counts) and Assault in the Second Degree in violation of AS 11.41.210(a)(2) and AS 11.16.110 and Assault in the Fourth Degree in violation of AS 11.41.230(a)(1) and AS 11.16.110. The Robbery charges are Class A felonies, while the Assault charges are a Class B felony and a Class A misdemeanor respectively.

According to the Information during the evening of August 16, 2006, at about 11:45 pm, the offender and two co-defendants robbed and assaulted two male individuals in an alley near Flower Street and Mountain View Drive. One of the victims, who stated that the offender and others were trying to take a necklace and a ring, suffered a broken jaw and nose and had lost several teeth when he was attacked by them. The other victim in the alley said that he had also been attacked also and had beer stolen from him. This second victim identified the three attackers, one being Kaleikini, and said that one of them, not Kaleikini, had a firearm. The

attackers then drove off in a green Monte Carlo with license "EVT953." The police also interviewed two other witnesses and thereafter arrested all three suspects and conducted a "show up," with the victims.

Executed this 18th Day of August 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

# REDACTED SIGNATURE

for Chris Liedike
U.S. Probation Officer