IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. **Lewis K. Kaleikini**

CASE NO: **3:05-CR-00078-RRB**

---

Defendant **Lewis K. Kaleikini**,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_ Released to _____, the third party custodian(s).

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_ Surrendered passport to the Clerk of Court.

✓ Other: **MOTION DISMISSED. DEFENDANT CAN BE RELEASED**

Dated at **ANCHORAGE**, Alaska this **8th** day of **NOVEMBER**, 20 **06**

SIGNATURE REDACTED
Matthew D. Jamin
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal