MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LEWIS K. KALEIKINI   CASE NO. 3:05-CR-00038-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE        MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:      SUZANNETTE LUCERO

UNITED STATES ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:       MARY GEDDES - APPOINTED

U.S.P.O.:                   CHRIS LIEDIKE

PROCEEDINGS: STATUS CONFERENCE (INITIAL APPEARANCE ON PETITION TO
             REVOKE SUPERVISED RELEASE) HELD 11/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:46 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant; waived reading.

 X Financial Affidavit filed; Federal Public Defender accepted
   appointment; FPD notified.

 X Release Order **SIGNED**; Original and 1 copy hand-delivered to
   the U.S. Marshal.

 X OTHER: Court and counsel heard re plaintiff's oral motion to
   dismiss case without prejudice; **GRANTED**.

At 10:50 a.m. court adjourned.

DATE: November 8, 2006     DEPUTY CLERK'S INITIALS:     SCL

05/00